MINUTE ENTRY
BERRIGAN, J.
JUNE 11, 2008

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

DOUSSAN PROPERTIES, L.L.C., ET AL          CIVIL ACTION

VERSUS                                      NUMBER: 07-5508

DOUSSAN GAS AND SUPPLY, LLC, ET AL         SECTION: "C"

### MOTION HEARING

APPEARANCES:    Burt K. Carnahan, Counsel for plaintiffs Doussan Properties, LLC, et al
                Herman C. Hoffmann, Jr. and Betty Finley Mullin, Counsel for defendants Dous, L.L.C., Gas Holdings Inc. and Union Industrial Gas & Supply, Inc.
                Christian A. Shofstahl, Counsel for defendants Jeffrey S. Ellis and James E. Sowell Company

COURT REPORTER:      Jodi Simcox
COURTROOM DEPUTY:    Kimberly County

**MOTION BY DOUS, L.L.C., UNION INDUSTRIAL GAS & SUPPLY, INC., GAS HOLDINGS, INC. AND JAMES E. SOWELL COMPANY TO CONSOLIDATE (54)**
**AFTER ARGUMENT: DENIED WITHOUT PREJUDICE**

**MOTION BY DOUS, L.L.C., UNION INDUSTRIAL GAS AND SUPPLY, INC., GAS HOLDINGS, INC. AND JAMES E. SOWELL COMPANY FOR PARTIAL SUMMARY JUDGMENT (56)**
**AFTER ARGUMENT:  DENIED WITHOUT PREJUDICE**

**MOTION BY JEFFREY S. ELLIS FOR PARTIAL SUMMARY JUDGMENT (63)**
**AFTER ARGUMENT:  DENIED WITHOUT PREJUDICE**

JS-10:  00:20